IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAVID DEWEY, *on behalf of himself and all others similarly situated,*<br><br>*Plaintiff,*<br><br>v.<br><br>SELECT HOME WARRANTY LLC and SELECT HOME WARRANTY OF AMERICA LIMITED LIABILITY COMPANY,<br><br>*Defendants.* | Civil Action No. 2:21-cv-11103-CCC-MAH<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |

The undersigned, counsel for Plaintiff and Select Home Warranty LLC and Select Home Warranty of America Limited Liability Company, hereby stipulate and agree as follows: Pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and the settlement agreement between the parties, Plaintiff hereby discontinues the above-titled action and dismisses all claims with prejudice and with each Party to bear its own costs and legal fees.

| | |
|---|---|
| Archer & Greiner, P.C.<br><br>/s/ *Mark J. Oberstaedt*<br>Mark J. Oberstaedt<br>One Centennial Square<br>Haddonfield, NJ 08033<br>T: 856-354-3072<br>F: 856-795-0574<br>E: moberstaedt@archerlaw.com<br>*Counsel for Defendants Select Home Warranty LLC and Select Home Warranty of America Limited Liability Company* | Schlanger Law Group LLP<br><br>/s/ *Arjun D. Shah*<br>Arjun D. Shah<br>80 Broad Street, Suite 1301<br>New York, NY 10004<br>T: 212-500-6114<br>F: 646-612-7996<br>E: ashah@consumerprotection.net<br>*Counsel for Plaintiff* |

Dated: April 14, 2022

SO ORDERED.

_____
Hon. Claire C. Cecchi, U.S.D.J.

Date: 4/27/2022